IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

| | |
|---|---|
| BIG BINDER EXPRESS, LLC AND<br>RAYMOND GOODLIN | PLAINTIFFS |
| VS. | CIVIL ACTION NO. 3:19-cv-022-MPM-RP |
| LIBERTY MUTUAL FIRE INSURANCE COMPANY;<br>KEITH GLOVER; AND DAVIAN LEE, INDIVIDUALLY<br>AND AS PERSONAL REPRESENTATIVE OF<br>GERALD GLOVER, DECEASED, AND ON BEHALF OF<br>ALL THOSE ENTITLED TO RECOVER UNDER THE<br>WRONGFUL DEATH AND SURVIVAL STATUTE | DEFENDANTS |

**RESPONSE OF DAVIAN LEE, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF GERALD GLOVER, DECEASED, AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER UNDER THE WRONGFUL DEATH AND SURVIVAL STATUTE TO PLAINTIFFS' COMPLAINT FOR DECLARATORY JUDGMENT**

**COMES NOW**, Defendant, Davian Lee, Individually and as Personal Representative of Gerald Glover, Deceased, and on Behalf of All Those Entitled to Recover Under the Wrongful Death and Survival Statute, by and through counsel, and files this his Response to Plaintiffs' Complaint for Declaratory Judgment and states as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted.
6. Admitted.
7. Admitted.

8. Admitted.

9. Admitted.

10. Admitted.

11. Admitted.

12. Admitted.

13. Admitted.

14. Admitted.

15. Admitted.

16. Admitted.

17. Admitted.

18. Admitted.

19. Admitted.

20. Admitted.

21. Admitted.

22. Admitted.

23. Admitted.

24. Admitted.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

## **AFFIRMATIVE DEFENSES**

Defendant Davian Lee, Individually and as Personal Representative of Gerald Glover, Deceased, and on Behalf of All Those Entitled to Recover Under the Wrongful Death and Survival Statute pleads he is entitled to the benefits of Defendant's subject Liberty Mutual Policy and Plaintiff's subject Northland Insurance Policy.

Wherefore, Davian Lee, Individually and as Personal Representative of Gerald Glover, Deceased, and on Behalf of All Those Entitled to Recover Under the Wrongful Death and Survival Statute demands a trial by jury.

                                          RESPECTFULLY SUBMITTED,

                                          DAVIAN LEE, ET AL.

                                BY:   /S/ THANDI WADE
                                             THANDI WADE

OF COUNSEL:

THANDI WADE, MSB #10464
TATUM AND WADE, PLLC
POST OFFICE BOX 22688
JACKSON, MS 39225-2688
(601) 948-7770
TWADE42@AOL.COM

## **CERTIFICATE OF SERVICE**

I, Thandi Wade, Attorney for Plaintiff, herein certify that I electronically filed the foregoing with Clerk of the Court using the ECF system which sent notification of such filing to the following:

>Edward Currie, Esquire
>Joseph Gill, Esquire
>CURRIE JOHNSON, GRIFFIN, GAINES AND MYERS
>P.O. Box 750
>JACKSON, MS 39205
>Counsel for Big Binder and Raymond Goodlin

DATED: THIS the 25th day of February, 2019.

>/S/ THANDI WADE
>THANDI WADE