**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION**

| | |
|---|---|
| **BIG BINDER EXPRESS, LLC AND RAYMOND GOODLIN,** | **PLAINTIFFS** |
| **V.** | **NO: 3:19CV22-M-P** |
| **LIBERTY MUTUAL FIRE INSURANCE COMPANY; et al.** | **DEFENDANTS** |
| **DARLING INGREDIENTS, INC.** | **INTERVENOR PLAINTIFF** |
| **V.** | |
| **TABB ROSS, JEFF CRABTREE, TRI-STATE IDEALEASE, INC. and TRI-STATE INTERNATIONAL TRUCKS** | **INTERVENOR DEFENDANTS** |

## JUDGMENT

For the reasons given in this Court's Order entered this day November 3, 2021, judgment is hereby entered against Big Binder Express, LLC. in the amount of $16,683.97 to be paid to Darling Ingredients, Inc.

**SO ORDERED,** this the 3rd day of November, 2021.

/s/ Michael P. Mills
**UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF MISSISSIPPI**