# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**BIG BINDER EXPRESS, LLC,** **PLAINTIFFS**
et al.

**V.** **NO. 3:19-CV-22-DMB-RP**

**LIBERTY MUTUAL FIRE**
**INSURANCE COMPANY, et al.** **DEFENDANTS**

## ORDER OF RECUSAL

The undersigned district judge recuses herself from this case. The Clerk of Court is directed to reassign this case to another district court judge.

**SO ORDERED**, this 13th day of December, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**